# EXHIBIT A

UMassMemorial Medical Center

Return mail will be processed by: IBC
PO Box 847, Holbrock, NY 11741

Dennis Bishop
[redacted]

September 14, 2020

Dear Dennis Bishop:

UMass Memorial Medical Center is committed to protecting the security and privacy of our patients. We regret to inform you of a recent incident that occurred at one of our vendors, Blackbaud, that may have involved some of your information.

**What Happened?**

Blackbaud is a third-party vendor that provides UMass Memorial Medical Center cloud-based data solution services, which we use to manage our donor and fundraising information. On July 16, 2020, Blackbaud informed us it had discovered that an unauthorized individual had gained access to Blackbaud's systems between February 7, 2020 and May 20, 2020. Blackbaud advised us that the unauthorized individual may have acquired backup copies of databases used by its customers, including a backup of a database we use for fundraising efforts. We immediately took steps to understand the extent of the incident and the data involved.

**What Information was Involved?**

Based on our review of the database, we have reason to believe it contained some of your information, including your name, age, gender, date of birth, phone number, email address, date(s) of treatment, department(s) of service, and the name of your treating physician(s).

Your Social Security number and financial and credit card account information were not stored in Blackbaud, and were **not** involved in the incident. Also, this incident did **not** involve any access to medical systems or electronic health records. The incident only involved our donor/fundraising database.

**What We Are Doing:**

We are notifying you of this incident because we take it very seriously and because we knew you would want to know. To help prevent something like this from happening again, we are examining our vendor relationship with Blackbaud and evaluating their security safeguards.

**What You Can do:**

We regret any concern or inconvenience this incident may cause you. We recommend you review the statements you receive from your healthcare providers. If you see services you did not receive, please contact the provider immediately. Should you have questions, please contact (888) 604-0288, Monday through Friday, between 9:00 am and 6:30 pm Eastern Time.

Very truly yours,

Sandra C. Brown
Chief Privacy Officer
UMass Memorial Medical Center

UMS-ADT