# EXHIBIT B

# Privacy Policy North America

At Blackbaud, we are committed to protecting your privacy. This Policy applies to Blackbaud's collection and use of personal data in connection with our marketing and provision of the Blackbaud Solutions, customer support and other services (collectively, the "Services"), for example if you are a customer, visit the website, interact with us at industry conferences, or work for a current or prospective customer of the Services. In addition, our service Target Analytics® collects data on individuals in the United States to provide non-profit customers with accurate information on their prospective constituents in the Social Good space. You can read more about our privacy practices for Target Analytics® below. The Services don't include JustGiving and everydayhero, which have their own privacy policies. The terms "personal data" or "personal information" refer to information that can reasonably identify an individual.

If you're a constituent, supporter, patient or student of one of our customers, to which we provide the Services, your data will be used in accordance with that customer's privacy policy. In providing the Services, Blackbaud acts as a service provider and thus, this Policy will not apply to constituents of our customers.

# Personal Information We Collect

We collect personal data that you provide to us, either by creating a Blackbaud account, using the website, submitting ‘Contact Us’ forms, or otherwise interacting with us (like at conferences and trade shows). Generally, this information is requested when you are asked to register for a Blackbaud ID, subscribe to e-mail newsletters, complete an online form, download resource information, or when requesting information about or purchasing our Services.

We may collect data about you from third parties. As is typical for businesses that market their products to other organizations, sometimes we obtain your work contact information from third party data suppliers or joint marketing partners to contact you with communications containing promotions, customer stories, Blackbaud news and updates or thought leadership. We may also get your information from publicly-available sources and social networking sites, like LinkedIn or your organization’s website. In the last 12 months, Blackbaud has collected data in the following categories:

| CATEGORY | EXAMPLES |
|---|---|
| Identifiers | Name, postal address, email, IP address |
| Commercial or transactions information | Your organization’s purchase of our Services |
| Internet/Solutions activity | Your interaction with our websites or Solutions |
| Professional information | Role at your organization |

# Use of your Personal Information

In addition to the purposes described when we collect data from you, we may use your personal information in the following ways:

- Log In: Using your Blackbaud ID, we allow you to sign into the secure portion of our website or a Blackbaud Solution. We also use your data to give you access to the Blackbaud Community, where we may notify you of important news and alerts about our Services.
- Information Requests: We send you information you request about the Blackbaud Services.
- Marketing Communications: We may contact you about promotions, customer stories, Blackbaud news and updates, or thought leadership content. We may send these communications via email or postal mail, call your organization, or serve you advertisements on our website and others. If you would no longer like to receive such emails, please follow the “Unsubscribe” instructions at the end of each email. Your e-mail address will be removed from our marketing list. Please allow us a reasonable period of time in order to satisfy your request, as some promotions may already be in process. To opt out of being contacted by any other communication methods, please contact us at webmaster@blackbaud.com.
- Customers: If you’re a Blackbaud customer, we may use your personal data to provide Services you request and in connection with payments.
- Improving Blackbaud: We use aggregated and personal data about you and your use of our websites and the Blackbaud Services to develop, improve, and test those services.
- Compliance and Safety: We may use your personal data to comply with our legal obligations and to identify and remediate suspected

or actual fraudulent activity or security incidents.

# Sharing Your Personal Information

Blackbaud may share your personal information as necessary to provide the Services or as you specifically request. We may disclose your data to our affiliated organizations and subsidiaries, and to service providers who render services to us or you on our behalf. We also may disclose your information if required by law or to enforce our legal rights or defend us against a legal claim or for the identification or remediation of suspected or actual fraudulent activity or security incidents. We may share your information in connection with a sale or reorganization of Blackbaud. We may also share your personal data if it is necessary to act in urgent circumstances to protect the safety of Blackbaud customers, website visitors, or the public.

# Access to your Personal Information

If you are a registered user of our website, you may review and update this information at any time on www.blackbaud.com. Registered users can view and edit personal information they have already given us.

# Information Collected from Children

Blackbaud's websites are general audience sites, and we do not knowingly collect information about children or sell products to children under the age of 13. If you are under the age of 13, you must ask your parent or guardian to assist you in using our website. Furthermore, we may restrict entries to any contests, sweepstakes or

promotions to entrants who are at least 18 years of age. We certainly don't sell data of children under 16.

# Security of your Personal Information

We restrict access to personal information collected about you at our website to our employees, our affiliates' employees, those who are otherwise specified in this Policy or others who need to know that information to provide the Services to you or in the course of conducting our business operations or activities. While no website can guarantee exhaustive security, we maintain appropriate physical, electronic and procedural safeguards to protect your personal information collected via the website. We protect our databases with various physical, technical and procedural measures and we restrict access to your information by unauthorized persons. We also advise all Blackbaud employees about their responsibility to protect customer data and we provide them with appropriate guidelines for adhering to our company's business ethics standards and confidentiality policies. Inside Blackbaud, data is stored in password-controlled servers with limited access.

# Links to Other Websites

For your convenience, we may provide links to other websites that we do not control. We cannot be responsible for the privacy practices of any websites not under our control and we do not endorse any of these websites, the services or products described or offered on such sites or any of the content contained on those sites.

# Use of Cookies

A cookie is a piece of information that a web server may place on your computer when you visit a website. Cookies are commonly used by websites to improve the user experience and have not been known to transmit computer viruses or otherwise harm your computer. Many cookies last only through a single website session, or visit. Others may have an expiration date, or may remain on your computer until you delete them.

We may use cookies for a number of purposes—for example, to maintain continuity during a user session, to gather data about the usage of our website for research and other purposes, to store your preferences for certain kinds of information and marketing offers or to store a user name or encrypted identification number so that you do not have to provide this information every time you return to our website. To ensure we are publishing content customers need and want, Blackbaud collects aggregated site-visitation statistics using cookies. When someone visits the site, a cookie is placed on the customer's machine (if the customer accepts cookies) or is read if the customer has visited the website previously.

Our cookies will track only your activity relating to your online activity on this website, and will not track your other Internet activity.

You can decide if and how your computer will accept a cookie by configuring your preferences or options in your browser. However, if you choose to reject cookies, you may not be able to use certain of our Services or website features. For example, if you choose to not have your browser accept cookies from Blackbaud's website, you will need to re-enter your personal information each time that you attempt to access premium information.

Certain pages on our websites contain "web beacons" (also known as Internet tags, pixel tags and clear GIFs). These web beacons allow third parties to obtain information such as the IP address of the

computer that downloaded the page on which the beacon appears, the URL of the page on which the beacon appears, the time the page containing the beacon was viewed, the type of browser used to view the page, and the information in cookies set by the third party.

An IP address is a unique identifier that certain electronic devices use to identify and communicate with each other on the Internet. When you visit our website, we may view the IP address of the device you use to connect to the Internet. We use this information to determine the general physical location of the device and understand from what regions of the world our website visitors come. We also may use this information to enhance our website.

We do not currently take actions to respond to Do Not Track signals sent by your Internet browser because a uniform technological standard has not yet been developed.

# Contests, Sweepstakes and Other Promotions

On our website, you may wish to participate in contests, sweepstakes and other promotions that we may offer from time to time. Through these promotions, you may choose to participate in activities such as sharing information found on our websites with others and sending email invitations. If you choose to participate in these promotions, and are eligible to do so, we may ask you for information such as your name, email address, date of birth and telephone number.

In connection with any contests, sweepstakes and other promotions that we may offer from time to time via the website, we use the information you provide to administer the contests, sweepstakes and other promotions. We also may use the information to communicate with you, or the other people you select, about our products and

services or our partners may use such information to communicate with you about the contests, sweepstakes or other promotions or their products and services. As mentioned above, if you create a profile and submit an entry in connection with a contest or promotion, your name, profile and entry, but not your email address, phone number and age, will be visible to other website users.

# Transfer of Information

Blackbaud is headquartered in the United States of America. Any personal information you provide may be stored and maintained in a secure database in the United States. If you are a resident of a country other than the United States and provide us with your information, you consent to the transfer of your data into the United States.

# Target Analytics®

Target Analytics® provides data intelligence to nonprofit customers to help them identify and engage constituents to support their missions. This business collects personal information from data compiling companies, non-private websites containing publicly available information, and government entities. We only collect data on US individuals at least 18 years old.

For Target Analytics®, we collect the following categories of personal information in the last 12 months:

| CATEGORIES | EXAMPLES |
|---|---|
| Personal and Online Identifiers | Name; alias; postal address; email address; or similar identifiers. |
| Categories of personal information | Physical characteristics or description; Telephone |

| | |
|---|---|
| described in Cal. Civ. Code § 1798.80(e) | number. |
| Characteristics of protected classifications under California or federal law | Race; color; religion; sex/gender; marital status; military or veteran status; national origin; or similar information. |
| Commercial or transactions information | Examples include records of personal property, products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies. |
| Internet or other electronic network activity information | Examples include online interests, such as information about categories of consumer interests derived from online usage; and information on a consumer's interaction with a website, application, or advertisement. |
| Professional or employment-related information | Examples include current or past job history. |
| Inferences about your predicted characteristics and preferences | Examples include inferences drawn to create a profile about you reflecting your preferences, characteristics, behavior, attitudes; and median age, wealth rating and median income. |
| Other information about you that is linked to the personal information above | Examples include any personal information not captured by one of the CCPA-enumerated categories of personal information listed above that may be linked to the personal information above. |

We collect this data for business purposes of internal research, internal operations, auditing, detecting security incidents, debugging, short-term and transient use, fulfilling and improving our Services, quality control, and legal compliance. We also collect this data for commercial purposes—to share such information with our nonprofit

customers. We sell the foregoing categories of information to nonprofit organizations and to an agency that serves the nonprofit community in direct marketing prospect acquisition.

Such agency is not permitted to sell this data to any entity outside the nonprofit community.

We also disclose the foregoing types of data to our service providers for the purposes of rendering services to us.

# California Consumers

The California Consumer Privacy Act (the “CCPA”) affords California consumers additional privacy protections, including the right to know what information we collect, disclose, and sell, as well as the right to request deletion of your data and to opt out of the sale of your data. Businesses can’t discriminate against you for exercising any of these rights.

For a description of the data we collect and the categories of sources of such information, please refer to the “Personal Information We Collect” and “Target Analytics®” sections above. We use this data for the purposes outlined in the “Use of your Personal Information” and “Target Analytics®” sections. We disclose this information for business purposes as set forth in the “Sharing your Personal Information” and “Target Analytics®” sections.

Blackbaud does not sell your personal information, except as set forth in the “Target Analytics®” section.

To make a consumer access request, request your data be deleted, or opt out of sale, please see our CCPA page. We will verify your identity prior to fulfilling your request, which may require government identification. Authorized agents may be used to submit rights requests, in which cases we will take steps to verify the consumer’s

identity and that the agent has authority to act on the consumer's behalf.

# How to Reach Us

For questions about this Policy or our privacy practices, please email privacy@blackbaud.com.

# Changes to this Policy

Blackbaud may update this Policy at any time and from time to time and we will post any changes to this page. The most recent version of the Policy is reflected by the version date located at the bottom of this Policy.

*Last updated October 15, 2020*

# Transfer of Personal Data to the United States

This is a United States-based website and is subject to United States law. When Blackbaud collects personal data of individuals located in the European Union, United Kingdom, or Switzerand, we may transfer such data to the United States.

Blackbaud uses Standard Contractual Clauses ("SCCs") or Model Clauses as a mechanism to provide appropriate safeguards for the protection of personal data for EU, UK, and Swiss data protection purposes.

Build a Better World
Markets We Serve
Solution Areas
Explore All Products
Training and Support
Our Cloud Solutions

Our Leadership
Investor Relations
Careers
Newsroom
Corporate Social Responsibility
Privacy
Security
Chat With Us

bbcon
Webinars

**Partners and Developers**

Find a Partner
Become a Partner
Partner Marketplace
For Developers

**Resources**

Blackbaud Community
Blackbaud Institute Index
Blackbaud Institute
Customer Stories
Reference Program
sgENGAGE

**Select Your Region**

North America
Canada
Europe
Pacific

Manage My Account
Contact Us
Chat With Us

© Copyright 2020 Blackbaud, Inc. All Rights Reserved.

Privacy Policy
Terms of Use
Acceptable Use Policy
GDPR
Do Not Sell My Personal Information